UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| NATHAN RINNE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 2:21-cv-04076-MDH |
| CAMDEN COUNTY, CAMDEN COUNTY COMMISSION, and GREG HASTY, in his personal capacity, | ) |
| Defendant. | ) |

# DEFENDANTS' NOTICE OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. §§ 1291 AND 1292

Notice is hereby given that Defendants Camden County, Camden County Commission, and Greg Hasty (in his personal capacity) ("Defendants") immediately appeal to the United States Court of Appeals for the Eighth Circuit from that part of the United States District Court for the Western District of Missouri's Order of November 18, 2021, Doc. 96, denying Defendants' Motion to Dismiss whereby the Court denied qualified immunity to Greg Hasty under the First and Fourteenth (incorporation) Amendments to the United States Constitution in his First Amended Complaint (Doc. 8). *See Mitchell v. Forsyth*, 472 U.S. 511, 530 (1985) (holding that "a district court"s denial of a claim of qualified immunity, to the extent that it turns on an issue of law, is an appealable 'final decision' within the meaning of 28 U.S.C. § 1291 notwithstanding the absence of a final judgement."); *Swint v. Chambers County Commission*, 514 U.S. 35, 45–46 (1995) (contrasting appeal as of right under § 1291 with permissive interlocutory appeal under § 1292(b)). Such a denial of qualified immunity constitutes a final judgment under 28 U.S.C. § 1291.

Notice is also hereby given that Defendants immediately appeal to the United States Court of Appeals for the Eighth Circuit from United States District Court for the Western District of Missouri's Order of November 19, 2021, Doc. 97, granting Plaintiff's Motion for Preliminary Injunction. *See Ahmad v. City of St. Louis*, 995 F.3d 635, 640 (8th Cir. 2021). Such an interlocutory order is subject to jurisdiction of the United States Court of Appeals for the Eighth Circuit pursuant to 28 U.S.C. 1292(a)(1).

Date: December 13, 2021

## *TRANSCRIPT ORDER FORM*

To be completed by attorney for appellant

Please prepare transcript of:
- ☐ Pretrial proceedings
- ☐ Testimony <u>or</u>
- ☐ Portions thereof
- ☐ Sentencing
- ☐ Post-trial proceedings
- ☒ Other <u>November 3, 2021 Hearing</u>

☐ No transcript ordered:
   Reason: _____
☐ Previously filed
☐ Other _____

/s/ Robert T. Plunkert
Robert T. Plunkert  #62064MO
PITZER SNODGRASS, P.C.
Attorney for Defendants
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)
Email: plunkert@pspclaw.com

2

{02430322.DOCX;1} Case 2:21-cv-04076-MDH   Document 102   Filed 12/13/21   Page 2 of 3

# CERTIFICATE OF COMPLIANCE

  Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment: ☒Funds
☐CJA Form 24, completed and attached

Attorney's signature _[signature]_    Date   December 13, 2021

# COURT REPORTER ACKNOWLEDGMENT

_____   _____   _____
Date Order Received    Estimated Completion Date    Estimated No. of Pages


_____     _____
Court Reporter's Signature          Date